

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

July 31, 1947

Hon. Ralph R. Rash
County Attorney
Hopkins County
Sulphur Springs, Texas

Dear Sir:

Opinion No. V-323

Re: Authority of Supervisors
of Levee Improvement Dis-
trict to remit penalty
and interest on delinquent
taxes due the District

You have requested an opinion from this Depart-
ment as to whether or not the Supervisors of a Levee Im-
provement District may by resolution remit the payment of
penalty and interest on delinquent taxes due the district.

Levee Improvement Districts may be organized
as provided in Title 126, Chapter Six, R.C.S., which
Chapter was enacted in pursuance to the Constitutional
grant of authority to the Legislature. Article XVI, Sec-
tion 59 and Article III, Section 52 of the Constitution
of the State of Texas. These Districts are governmental
agencies, bodies politic and corporate, with such powers
of government as are conferred by the Constitution and
statutes.

The duties of the Supervisors of a Levee Im-
provement District are not enumerated in any one provi-
sion but may be found in numerous Articles of Chapter
Six. We have carefully examined all these Articles and
find no provision which authorizes the Supervisors to
remit penalties and interest on delinquent taxes. It is
well settled that "statutes which prescribe and limit
the exercise of official duty are strictly construed in
respect of the powers conferred and the manner of their
exercise, and such powers are not to be enlarged by con-
struction". 34 Tex. Jur. 443. "The officer must look
to the act by which his office is created and its duties
are defined to ascertain the extent of his powers and
the line of his duties; and he is not at liberty to
transcend the former or vary the prescribed mode of per-
formance of the latter." Bryan v. Sundberg, 5 Tex. 418,
424.

You are therefore advised that the Supervisors
of a Levee Improvement District do not have the authority

to remit by resolution or otherwise the penalties and interest on delinquent taxes due the District.

## SUMMARY

The Supervisors of a Levee Improvement District do not have the authority to remit the penalties and interest on delinquent taxes due the Levee Improvement District.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Marietta Creel
Mrs. Marietta Creel
Assistant

MC/lh


APPROVED:

ACTING ATTORNEY GENERAL